JOHN KRATTLI, Acting County Counsel
ROGER H. GRANBO, Assistant County Counsel
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, CA 90012-2713
Telephone No. (213) 974-0812
Facsimile No. (213) 626-2105

DENNIS M. GONZALES, Bar No. 59414
RAYMOND W. SAKAI, State Bar No. 193507
MATTHEW P. ALLEN, State Bar No. 265118
LAWRENCE BEACH ALLEN & CHOI, PC
1600 North Broadway, Suite 1010
Santa Ana, CA 92706
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Los Angeles, Scott C. Harper, and Brian Sherred

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNNIE FRANKLIN JONES, | Case No. SA CV 10-01723 DOC (MLGx) |
| Plaintiff, | Honorable David O. Carter |
| vs. | |
| COUNTY OF LOS ANGELES, ROBERT S. PAYNE, SCOTT C. HARPER, BRIAN SHERRED and DOES 1 THROUGH 10, inclusive, | **JUDGMENT AFTER TRIAL BY JURY** |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS:

This action came on regularly for trial on October 30, 2012, in Department 9 of the Santa Ana Courthouse in the Central District of California, the Honorable David O. Carter presiding. Plaintiff Johnnie Jones appeared through attorneys Jerry Steering and Alexander Perez. Defendants County of Los Angeles, Scott C.

Harper, and Brian Sherred appeared through attorneys Dennis M. Gonzales and Raymond W. Sakai of Lawrence Beach Allen & Choi, P.C.

A jury of eight persons was impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court, and the cause was submitted to the jury with instructions to return a verdict on special issues. The jury deliberated and thereafter returned into Court with its verdict consisting of the special issues submitted to the jury and the answers given thereto by the jury, which said verdict was filed with the clerk on November 5, 2012, and entered upon the minutes.

Defendants prevailed as to all of Plaintiff's claims after a jury trial. Specifically, the jury made the following findings:

1. Defendants did not violate Plaintiff Johnnie Jones' right to be free from a detention of his person in the absence of reasonable suspicion of criminal conduct;

2. Defendants did not violate Plaintiff Johnnie Jones' right to be free from arrest of his person in the absence of probable cause to believe he committed a crime;

3. Defendants did not violate Plaintiff Johnnie Jones' right to be free from the use of unreasonable force upon his person.

4. Defendants were not negligent regarding their use of force upon Plaintiff Johnnie Jones; and

///
///
///

5. Defendants were not negligent in detaining and/or arresting Plaintiff

1 | Johnnie Jones.

IT IS ORDERED AND ADJUDGED that judgment be entered on all claims in favor of Defendants and against Plaintiff, and that the Defendants shall be entitled to costs of suit incurred herein.

Dated:  March 14, 2013

_____
Honorable David O. Carter
United States District Court Judge